IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RYAN MILLIRON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:2023cv01222 |
| | § | |
| NATIONAL ARCHIVES AND | § | |
| RECORDS ADMINISTRATION; | § | |
| U.S. DEPARTMENT OF DEFENSE; | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY | § | |
| | § | |
| | § | |
| Defendants | § | |

**PLAINTIFFS' REQUEST FOR LEAVE TO REPLY TO GOVERNMENT'S RESPONSE**

Plaintiff respectfully requests leave of the court under local rule 7.3(c) to reply to the government's response to his motion for in camera review or in the alternative, discovery. In part, this will serve to address the government's offer to process the responsive record for a third time, which came one week after Plaintiff filed his motion. Distortions of the record, including the omission of email communications between counsel for the government and Plaintiff also merit correction. Plaintiff anticipates his reply brief to be filed by close of business June 24, 2024 and to be no more than 2,500 words, and would endeavor to be succinct.

Respectfully submitted,

Dated: June 20, 2024

/S/   Ryan Milliron
Ryan Milliron, Pro Se
PO Box 516
211 W Exchange St
Spring Lake, MI 49456