UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RYAN MILLIRON,

      Plaintiff,                        Hon. Robert J. Jonker

v.                                  Case No. 1:23-cv-01222-RJJ-PJG

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION, et al.,

      Defendants,
_____/

### ORDER

This matter is before the Court on Plaintiff's Motion for leave to file a Reply brief in support of his motion to compel ECF No. 27.  (ECF No. 32).  The Court being fully advised in the premises, the motion is **GRANTED**.  Accordingly,

**IT IS ORDERED** that Plaintiff shall, on or before June 27, 2024, file his reply brief, which shall not exceed eight (8) pages.

**IT IS SO ORDERED**.


Date: June 21, 2024                    /s/ Phillip J. Green_____
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge