UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,                           Case No. 1:23-cv-01222-RJJ-PJG

v.                                           Hon. Robert J. Jonker

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:              August 21, 2024   11:00 AM
Magistrate Judge:    Phillip J. Green
Place/Location:       by video

*Parties shall be prepared to discuss the status of the pending Motion to Compel (ECF No. 27).*

                                                PHILLIP J. GREEN
                                                U.S. Magistrate Judge

Dated:  July 3, 2024        By:     /s/ Jessica K. Wright
                                                Judicial Assistant