# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-01222-RJJ | 8/21/2024 | 11:08 - 11:24 AM | Phillip J. Green |

## CASE CAPTION

Milliron v. National Archives and Records Administration et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Pro Per | Plaintiff |
| Simon Gregory Jerome | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Status Conference held via Video; order and notice to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema