UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                    Case No. 1:23-cv-01222-RJJ-PJG

v.                                   Hon. Robert J. Jonker

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             January 9, 2025   10:00 AM
Magistrate Judge:   Phillip J. Green
Place/Location:      by video

                                              PHILLIP J. GREEN
                                              U.S. Magistrate Judge

Dated:  December 5, 2024        By:   /s/ Angie L. Doezema
                                                 Courtroom Deputy