UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                          Case No. 1:23–cv–01222–RJJ–PJG

     v.                                  Hon. Robert J. Jonker

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | January 15, 2025   10:30 AM *(previously set for January 9, 2025)* |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | by video |

*The zoom link previously provided will be used for the rescheduled hearing.*

                                                               PHILLIP J. GREEN
                                                              U.S. Magistrate Judge

Dated:  January 2, 2025        By:   /s/ Jessica K. Wright
                                                         Judicial Assistant