IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| RYAN MILLIRON, | ) ) ) | Civil Action No. 1:23-cv-1222 |
| *Plaintiff*, | ) ) | Hon. Robert J. Jonker |
| v. | ) ) | U.S. District Judge |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION et al., | ) ) ) ) | Hon. Phillip J. Green U.S. Magistrate Judge |
| *Defendants*. | ) ) |  |

**[PROPOSED] STIPULATED ORDER DISMISSING DEFENDANTS NATIONAL ARCHIVES AND RECORDS ADMINISTRATION AND UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Pro Se Plaintiff Ryan Milliron and Defendants National Archives and Records Administration (NARA), Department of Defense (DOD), and Department of Homeland Security (DHS), by and through their attorney, Simon G. Jerome, hereby stipulate to the voluntary dismissal without prejudice of Plaintiff's claims against NARA and DHS. Each party shall bear its own costs and attorney fees in relation to the claims against NARA and DHS.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 9, 2025 | |
|  | */s/ Ryan Milliron* |
|  | Ryan Milliron, Pro Se |
|  | PO Box 516 |
|  | 211 W Exchange St |
|  | Spring Lake, MI 49456 |
|  |  |
| Dated: January 13, 2025 | |
|  | */s/ Simon Gregory Jerome* |
|  | SIMON GREGORY JEROME |
|  | D.C. Bar No. 1779245 |
|  | Trial Attorney |
|  | United States Department of Justice |
|  | Civil Division |
|  | Federal Programs Branch |
|  | 1100 L Street N.W. |
|  | Washington, D.C. 20005 |
|  | (202) 514-2705 |
|  | Simon.G.Jerome@usdoj.gov |
|  |  |
|  | *Counsel for Defendants* |

IT IS SO ORDERED.

Dated:   January   13 , 2025          /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      United States District Judge