UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

R‌YAN M‌ILLIRON,

    Plaintiff,

v.

U.S. D‌EPARTMENT OF D‌EFENSE,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:23-cv-01222-RJJ-PJG

## **ORDER**

On January 15, 2025, the undersigned held a status conference in this matter at which time counsel for all remaining parties appeared remotely. (*See* Minutes, 53). For the reasons stated on the record, the Court is setting this matter for cross-motions for summary judgment. Accordingly,

**IT IS ORDERED** that the Government's deadline for filing a Motion for Summary Judgment is February 28, 2025.

**IT IS FURTHER ORDERED** that the Plaintiff's deadline for filing a response to the Government's Motion for Summary Judgment and also for filing his own Motion for Summary Judgment is 28 days after the filing of the Government's motion.

The Government may file a reply within fourteen days of Plaintiff's response.

**IT IS SO ORDERED**.

Date: January 15, 2025                          /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge