# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| RYAN MILLIRON,<br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br>    *Defendant*. | Civil Action No. 1:23-cv-1222<br><br>Hon. Robert J. Jonker<br>U.S. District Judge<br><br>Hon. Phillip J. Green<br>U.S. Magistrate Judge |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  Defendant United States Department of Defense, by and through its attorneys, hereby respectfully moves the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment on the sole count against Defendant in Plaintiff Ryan Milliron's complaint. *See* Compl. ¶¶ 62-66 (alleging a violation of the Freedom of Information Act, 5 U.S.C. § 552). This motion is supported by the accompanying memorandum and exhibits.

  From Plaintiff's representations at the January 15, 2025 Status Conference, Defendant understands that Plaintiff intends to oppose this motion.

Dated: February 28, 2025                    Respectfully submitted,

                                                    YAAKOV M. ROTH
                                                  Acting Assistant Attorney General
                                                  Civil Division

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Director
                                                  Federal Programs Branch

                                                  */s/ Simon Gregory Jerome*
                                                  SIMON G. JEROME
                                                  D.C. Bar No. 1779245
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division
                                                  Federal Programs Branch
                                                  1100 L St., N.W.
                                                  Washington, D.C. 20005
                                                  (202) 514-2705
                                                  simon.g.jerome@usdoj.gov

                                                  *Counsel for Defendant*