UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R‌YAN M‌ILLIRON,

      Plaintiff,

v.

U‌NITED S‌TATES D‌EPARTMENT
OF D‌EFENSE,

      Defendant.
_____/

Hon. Robert J. Jonker
U.S. District Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

Case No. 1:23-cv-1222

## ORDER

This matter is before the Court on Plaintiff's "motion" to strike portions of the Department of Defense's summary judgment memorandum and parts of Joseph Whited's declaration supporting that motion. Plaintiff's motion is raised in his memorandum in opposition to the summary judgment motion. (ECF No. 56). Citing Federal Rule of Civil Procedure 12(f), Plaintiff asserts that the contested information is "speculative, conclusory, and inadmissible statements lacking evidentiary support." (*Id.* at PageID.401). Plaintiff's motion will be denied on both procedural and substantive grounds.

First, Plaintiff failed to comply with Local Rule 7.1(d), which requires the moving party to ascertain whether the motion will be opposed by holding a conference with the non-moving parties. Nondispositive motions must be supported by a "separately filed certificate specifying the date, time, and duration of the conference; the participants in the conference; and a description of the issues addressed during

the conference." W.D. MICH. LCIVR. 7.1(d)(ii)(B).  Second, a motion to strike under Rule 12(f) is not a proper mechanism for objecting to evidence offered in support of a summary judgment motion.  *See, e.g., Fox v. Michigan State Police Dep't*, 173 F. App'x 372, 375 (6th Cir. 2006).   Each of these procedural deficits is a sufficient basis for denying the motion.

Moreover, Plaintiff's objections regarding the evidentiary bases of parts of the Whited declaration lack merit.  Mr. Whited is not prohibited from expressing a lay opinion concerning matters with which he has at least some personal knowledge, which knowledge is sufficiently established in his declaration.  His reliance on an unsworn affidavit from Voreas Laboratories does not run afoul of the Rules of Evidence, as it does not appear to be offered for the truth of the matter asserted, but rather, as a basis for Mr. Whited's decisions regarding the FOIA exemptions.

Accordingly, Plaintiff's motion to strike is **DENIED**.

**IT IS SO ORDERED.**

Date: August 8, 2025                              /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge