UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

CASE NO. 1:23-cv-1222

v.

HON. ROBERT J. JONKER

UNITED STATES DEPARTMENT
OF DEFENSE,

    Defendant.
_____/

### JUDGMENT

In accordance with the Order Approving and Adopting Report and Recommendation entered this day, in addition to the earlier Orders of this Court, Judgment is entered in favor of Defendants and against Plaintiff Milliron.

Dated: September 29, 2025      /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE